**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M&K Active Transport LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4216802** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2110 Del Morro Drive**<br>**Dacula, GA 30019**<br>Number, Street, City, State & ZIP Code<br><br>**Gwinnett**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **M&K Active Transport LLC**  Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **M&K Active Transport LLC**      Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **M&K Active Transport LLC**                                    Case number (*if known*)
Name

- ☐  $50,001 - $100,000
- ☐  $100,001 - $500,000
- ☐  $500,001 - $1 million
- ☐  $10,000,001 - $50  million
- ☐  $50,000,001 - $100 million
- ☐  $100,000,001 - $500 million
- ☐  $1,000,000,001 - $10 billion
- ☐  $10,000,000,001 - $50 billion
- ☐  More than $50 billion

Debtor    **M&K Active Transport LLC**                                     Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2025**
               MM / DD / YYYY

**X** **/s/ Matricia Chalmers**                                 **Matricia Chalmers**
      Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Thomas T. McClendon**                Date **September 11, 2025**
      Signature of attorney for debtor                 MM / DD / YYYY

**Thomas T. McClendon 431452**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone    **404-564-9300**    Email address    **tmcclendon@joneswalden.com**

**431452 GA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **M&K Active Transport LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alliance Funding Group**<br>**17542 17th Street, Suite 200**<br>**Tustin, CA 92780** | | | | | | **$94,678.46** |
| **Ally Financial**<br>**PO Box 380902**<br>**Bloomington, MN 55438** | | **2021 Ram Promaster** | | **$47,915.43** | **$13,897.00** | **$34,018.43** |
| **Ally Financial**<br>**PO Box 380902**<br>**Bloomington, MN 55438** | | **2019 Chrysler Pacifica** | | **$26,691.19** | **$4,799.00** | **$21,892.19** |
| **Ally Financial**<br>**PO Box 380901**<br>**Bloomington, MN 55438** | | **2018 Toyota Sienna** | | **$17,712.97** | **$7,072.00** | **$10,640.97** |
| **Ally Financial**<br>**PO Box 380902**<br>**Bloomington, MN 55438** | | **2017 Ford Transit Wagon** | | **$14,334.24** | **$8,791.00** | **$5,543.24** |
| **American Honda Finance**<br>**1235 Old Alpharetta Road**<br>**Suite 180**<br>**Alpharetta, GA 30005** | | **2016 Honda Odyssey** | | **$10,555.00** | **$6,230.00** | **$4,325.00** |
| **Amur Equipment Finance**<br>**304 W 3rd St**<br>**Grand Island, NE 68801** | | **Gurantee on Debt for Russell Transport Services Inc.** | **Contingent** | | | **$180,000.00** |

Debtor   **M&K Active Transport LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Apex Commercial Capital 1 Walnut Grove Drive Suite 300 Horsham, PA 19044** | | | **Contingent Disputed** | | | **$72,723.36** |
| **Audi Financial Services 11505 Alpharetta Hwy Roswell, GA 30076** | | **2018 Audi Q7** | | **$33,880.64** | **$12,816.00** | **$21,064.64** |
| **Bank of America 100 N Tryon St Charlotte, NC 28202** | | **Attn: Brian Moynihan**<br><br>**Negative Balance in Checking Account** | | | | **$634.00** |
| **Byzfunder NY LLC dba Byzfunder 530 7th Ave, Suite 505 New York, NY 10018** | | | | | | **$75,094.75** |
| **Capital On Tap 675 Ponce De Leon Ave NE Suite 8500 Atlanta, GA 30308** | | | **Contingent Disputed** | | | **$21,607.55** |
| **FC Marketplace, LLC P.O. Box 1567 Smyrna, GA 30081** | | | **Contingent Disputed** | | | **$59,216.65** |
| **Forward Financing LLC P.O. Box 767007 Roswell, GA 30076** | | | **Contingent Disputed** | | | **$63,395.60** |
| **Funding Circle dba Marketplace LLC 707 17th Street, Suite 2200 Denver, CO 80202** | | | **Contingent Disputed** | | | **$79,492.50** |
| **Huntington National Bank Attn: GW4W34 5555 Cleveland Avenue Columbus, OH 43231** | | **2022 Chrysler Voyager** | | **$33,600.00** | **$12,231.00** | **$21,369.00** |

Debtor    **M&K Active Transport LLC**                                          Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Small Business Fin. Solutions 4500 East West Hwy 6th Floor Bethesda, MD 20814** | | | **Contingent Disputed** | | | **$46,086.45** |

Alliance Funding Group
17542 17th Street, Suite 200
Tustin, CA 92780

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ally Financial
PO Box 380902
Bloomington, MN 55438

American Honda Finance
1235 Old Alpharetta Road
Suite 180
Alpharetta, GA 30005

Amur Equipment Finance
304 W 3rd St
Grand Island, NE 68801

Apex Commercial Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044

Audi Financial Services
11505 Alpharetta Hwy
Roswell, GA 30076

Bank of America
100 N Tryon St
Charlotte, NC 28202

Byzfunder NY LLC dba Byzfunder
530 7th Ave, Suite 505
New York, NY 10018

Capital On Tap
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308


FC Marketplace, LLC
P.O. Box 1567
Smyrna, GA 30081


Forward Financing LLC
P.O. Box 767007
Roswell, GA 30076


Funding Circle
dba Marketplace LLC
707 17th Street, Suite 2200
Denver, CO 80202


Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345


Huntington National Bank
Attn: GW4W34
5555 Cleveland Avenue
Columbus, OH 43231


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kirk Russell
2110 Del Morro Drive
Dacula, GA 30019


Matricia Chalmers
2110 Del Morro Drive
Dacula, GA 30019

```
Russell Transport Services Inc
365 Vicki Lane
Stockbridge, GA 30281



Small Business Fin. Solutions
4500 East West Hwy
6th Floor
Bethesda, MD 20814



U.S. Attorney
600 Richard B. Russell Buildin
75 Ted Turner Drive, SW
Atlanta, GA 30303



U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
```