**Fill in this information to identify the case:**

Debtor name     **M&K Active Transport LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October  8, 2025**          *X* **/s/ Matricia Chalmers**
                                                    Signature of individual signing on behalf of debtor

                                                    **Matricia Chalmers**
                                                    Printed name

                                                    **Manager**
                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **M&K Active Transport LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $  **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $  **73,261.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $  **73,261.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $  **184,689.47**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $  **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$  **736,929.32**

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                  $  **921,618.79**

**Fill in this information to identify the case:**

Debtor name   **M&K Active Transport LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.

☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Truist Bank** | **Checking Account** | **8743** | **$7,425.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$7,425.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.

☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.

☐ Yes Fill in the information below.

Debtor    **M&K Active Transport LLC**                                   Case number *(If known)* _____
     Name

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Toyota Sienna (259,354 miles)** | **$0.00** | | **$7,072.00** |
| 47.2.   **2017 Ford Transit Wagon (208,396 miles)** | **$0.00** | | **$8,791.00** |
| 47.3.   **2019 Chrysler Pacifica (264,870 miles)** | **$0.00** | | **$4,799.00** |
| 47.4.   **2021 Ram Promaster (116,012 miles)** | **$0.00** | | **$13,897.00** |
| 47.5.   **2018 Audi Q7 (116,296 miles)** | **$0.00** | | **$12,816.00** |
| 47.6.   **2022 Chrysler Voyager (132,358 miles)** | **$0.00** | | **$12,231.00** |
| 47.7.   **2016 Honda Odyssey (245,812 miles)** | **$0.00** | | **$6,230.00** |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm**

Debtor    **M&K Active Transport LLC**_____   Case number *(If known)* _____
          Name

**machinery and equipment)**

51.   **Total of Part 8.**                                              | $65,836.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **M&K Active Transport LLC**          Case number *(If known)* _____

Name

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,425.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $65,836.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $73,261.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $73,261.00 |

**Fill in this information to identify the case:**

Debtor name: **M&K Active Transport LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Bloomington, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2018 Toyota Sienna (259,354 miles)** | $17,712.97 | $7,072.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2  Ally Financial**<br>Creditor's Name<br><br>**PO Box 380902**<br>**Bloomington, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2017 Ford Transit Wagon (208,396 miles)** | $14,334.24 | $8,791.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **M&K Active Transport LLC**
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $26,691.19 | $4,799.00 |
| | Creditor's Name | **2019 Chrysler Pacifica (264,870 miles)** | | |

**PO Box 380902**
**Bloomington, MN 55438**
Creditor's mailing address

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $47,915.43 | $13,897.00 |
| | Creditor's Name | **2021 Ram Promaster (116,012 miles)** | | |

**PO Box 380902**
**Bloomington, MN 55438**
Creditor's mailing address

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **American Honda Finance** | **Describe debtor's property that is subject to a lien** | $10,555.00 | $6,230.00 |
| | Creditor's Name | **2016 Honda Odyssey (245,812 miles)** | | |

**1235 Old Alpharetta Road**
**Suite 180**
**Alpharetta, GA 30005**
Creditor's mailing address

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 4

Debtor   **M&K Active Transport LLC**                                      Case number (if known) _____
　　　　　Name

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Audi Financial Services** | | | |

**Audi Financial Services**
Creditor's Name

**11505 Alpharetta Hwy
Roswell, GA 30076**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2018 Audi Q7 (116,296 miles)**        $33,880.64        $12,816.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7   **Huntington National Bank**
Creditor's Name

**Attn: GW4W34
5555 Cleveland Avenue
Columbus, OH 43231**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Voyager (132,358 miles)**        $33,600.00        $12,231.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $184,689.47

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor **M&K Active Transport LLC**
Name

Case number (if known) _____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **M&K Active Transport LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address
**Georgia Department of Revenue Bankruptcy**
**2595 Century Pkwy NE, Ste 339**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

$0.00        $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **M&K Active Transport LLC**                                    Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address

**U.S. Attorney
600 Richard B. Russell Buildin
75 Ted Turner Drive, SW
Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    $0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    $0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |

**3.1** Nonpriority creditor's name and mailing address

**Alliance Funding Group
17542 17th Street, Suite 200
Tustin, CA 92780**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

                                                                              **$94,678.46**

---

**3.2** Nonpriority creditor's name and mailing address

**Amur Equipment Finance
304 W 3rd St
Grand Island, NE 68801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Gurantee on Debt for Russell Transport Services Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

                                                                              **$180,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Apex Commercial Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

                                                                              **$72,723.36**

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 2 of 4

Debtor    **M&K Active Transport LLC**                    Case number (if known) _____
            Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**100 N Tryon St**<br>**Charlotte, NC 28202**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Attn: Brian Moynihan**<br><br>**Negative Balance in Checking Account**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$634.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Byzfunder NY LLC dba Byzfunder**<br>**530 7th Ave, Suite 505**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$75,094.75** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Capital On Tap**<br>**675 Ponce De Leon Ave NE**<br>**Suite 8500**<br>**Atlanta, GA 30308**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,607.55** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Clair Chalmers**<br>**333 Lenox Road**<br>**Apt. 3E**<br>**Brooklyn, NY 11226**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$44,000.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**FC Marketplace, LLC**<br>**P.O. Box 1567**<br>**Smyrna, GA 30081**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$59,216.65** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Forward Financing LLC**<br>**P.O. Box 767007**<br>**Roswell, GA 30076**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$63,395.60** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Funding Circle**<br>**dba Marketplace LLC**<br>**707 17th Street, Suite 2200**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$79,492.50** |

Debtor    **M&K Active Transport LLC**                                Case number (if known) _____
           Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,086.45** |

**Small Business Fin. Solutions**
**4500 East West Hwy**
**6th Floor**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 736,929.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 736,929.32 |

**Fill in this information to identify the case:**

Debtor name      **M&K Active Transport LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Lease for Storage Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Extra Space Storage**<br>**1172 Auburn Rd**<br>**Dacula, GA 30019** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Lease for Storage Unit**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Extra Space Storage**<br>**1461 Hudson Bridge Rd**<br>**Stockbridge, GA 30281** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **M&K Active Transport LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kirk Russell** | **2110 Del Morro Drive Dacula, GA 30019** | **Alliance Funding Group** | ☐ D _____ <br> ■ E/F __**3.1**__ <br> ☐ G _____ |
| 2.2 | **Kirk Russell** | **2110 Del Morro Drive Dacula, GA 30019** | **Apex Commercial Capital** | ☐ D _____ <br> ■ E/F __**3.3**__ <br> ☐ G _____ |
| 2.3 | **Kirk Russell** | **2110 Del Morro Drive Dacula, GA 30019** | **Capital On Tap** | ☐ D _____ <br> ■ E/F __**3.6**__ <br> ☐ G _____ |
| 2.4 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Alliance Funding Group** | ☐ D _____ <br> ■ E/F __**3.1**__ <br> ☐ G _____ |
| 2.5 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Apex Commercial Capital** | ☐ D _____ <br> ■ E/F __**3.3**__ <br> ☐ G _____ |

| Debtor | M&K Active Transport LLC | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **FC Marketplace, LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.7 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Forward Financing LLC** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.8 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Funding Circle** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.9 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Byzfunder NY LLC dba Byzfunder** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.10 | **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Small Business Fin. Solutions** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.11 | **Russell Transport Services Inc** | **365 Vicki Lane Stockbridge, GA 30281** | **Amur Equipment Finance** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>M&K Active Transport LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF GEORGIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$279,247.69** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$643,657.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,300,142.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | M&K Active Transport LLC | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Matricia Chalmers** **2110 Del Morro Drive** **Dacula, GA 30019** **Owner/Manager** | **10/16/24, 11/8/24, 11/23/24, 6/7/25** | **$8,000.00** | **Supply Reimbursement** |
| 4.2. | **Matricia Chalmers** **2110 Del Morro Drive** **Dacula, GA 30019** **Owner/Manager** | **10/21/24, 2/24/25, 3/8/25** | **$9,400.00** | **Company Vehicle Repair Reimbursement** |
| 4.3. | **Matricia Chalmers** **2110 Del Morro Drive** **Dacula, GA 30019** **Owner/Manager** | **05/08/25, 05/03/25, 06/04/2025** | **$16,000.00** | **Reimbursement for payment of Employees' salaries** |
| 4.4. | **Matricia Chalmers** **2110 Del Morro Drive** **Dacula, GA 30019** **Owner/Manager** | **See Q30** | **$0.00** | **Salary** |
| 4.5. | **Kirk Russell** **2110 Del Morro Drive** **Dacula, GA 30019** **Manager** | **See Q30** | **$0.00** | **Salary** |
| 4.6. | **Kirk Russell** **2110 Del Morro Drive** **Dacula, GA 30019** **Manager** | **04/20/2025** | **$2,800.00** | **Reimbursement for Vehicle Payment** |
| 4.7. | **Kirk Russell** **2110 Del Morro Drive** **Dacula, GA 30019** **Manager** | **08/18/2025** | **$2,400.00** | **Reimbursement for Towing Expenses** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Apex Commercial Capital** **1 Walnut Grove Drive** **Suite 300** **Horsham, PA 19044** | **2023 Ford T350 XL** | **08/28/2024** | **$29,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | M&K Active Transport LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Forward Financing LLC v. M&K Active Transport LLC**<br>**24CV013311** | **Civil** | **Fulton County Superior Court**<br>**136 Pryor Street, SW**<br>**Room C-155**<br>**Atlanta, GA 30303** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Apex Commercial Capital v. M&K Active Transport LLC**<br>**25-A-01646-3** | **Civil** | **Gwinett County Superior Court**<br>**75 Langley Dr SW**<br>**Lawrenceville, GA 30046** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Alliance Funding Group v. M&K Active Transport LLC**<br>**24-A-09751-9** | **Civil** | **Gwinnett County Superior Court**<br>**75 Langly Dr SW**<br>**Lawrenceville, GA 30046** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Small Business Fin. Solutions V. M&K Active Transport LLC & Matricia Chalmers**<br>**C15CV25001867** | **Civil** | **Circuit Court of Montgomery County, MD**<br>**50 Maryland Avenue**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **M&K Active Transport LLC** | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden LLC**<br>**699 Piedmont Avenue NE**<br>**Atlanta, GA 30308** | **Attorney Fees** | **07/10/25** | **$20,000.00** |
| | Email or website address<br>**tmcclendon@joneswalden.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

---

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2247 Peach Shoals Circle**<br>**Dacula, GA 30019** | **Nov 2019 - Aug 2024** |

**Part 8:**   **Health Care Bankruptcies**

---

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **4**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **M&K Active Transport LLC**                                          Case number *(if known)* _____

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **M&K Active Transport LLC** | Case number *(if known)* | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage 1172 Auburn Rd Dacula, GA 30019** | **Kirk Russell 2110 Del Morro Drive Dacula, GA 30019**<br><br>**Matricia Chalmers 2110 Del Morro Drive Dacula, GA 30019** | **Temporary Storage for Vehicles listed in Sch. A/B** | ☐ No<br>■ Yes |
| **Extra Space Storage 1461 Hudson Bridge Rd Stockbridge, GA 30281** | **Kirk Russell 2110 Del Morro Drive Dacula, GA 30019**<br><br>**Matricia Chalmers 2110 Del Morro Drive Dacula, GA 30019** | **Temporary Storage for Vehicles listed in Sch. A/B** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■   No.
   ☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■   No.
   ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■   No.
   ☐   Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **M&K Active Transport LLC**                                      Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Matricia Chalmers** <br> **2110 Del Morro Drive** <br> **Dacula, GA 30019** | **November 2019 - Present** |
| 26a.2.   **CK Financial** <br> **1720 East Los Angeles Ave** <br> **Suite 222** <br> **Simi Valley, CA 93065** | **Jan 2025 - Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

        ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Matricia Chalmers** <br> **2110 Del Morro Drive** <br> **Dacula, GA 30019** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

        ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■   No
    ☐   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 page **7**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor     **M&K Active Transport LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matricia Chalmers** | **2110 Del Morro Drive Dacula, GA 30019** | **Managing Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kirk Russell** | **2110 Del Morro Drive Dacula, GA 30019** | **Manager** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Matricia Chalmers 2110 Del Morro Drive Dacula, GA 30019** | **$11,962.48** | **10/23/2024 12/11/2024 12/17/2024 12/24/2024 1/8/2025 1/27/2025 2/10/2025 5/8/2025 5/25/2025 6/7/2025** | **Salary** |
| | **Relationship to debtor Owner/Manager** | | | |
| 30.2. | **Kirk Russell 2110 Del Morro Drive Dacula, GA 30019** | **$3,468.00** | **06/07/25, 08/18/25** | **Salary** |
| | **Relationship to debtor Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **M&K Active Transport LLC** | Case number *(if known)* | |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October  8, 2025**

**/s/ Matricia Chalmers**                          **Matricia Chalmers**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Georgia

In re   **M&K Active Transport LLC**                                  Case No. _____

                                    Debtor(s)          Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  8, 2025** _____   Signature  **/s/ Matricia Chalmers** _____
                                                         **Matricia Chalmers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re   **M&K Active Transport LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  8, 2025** _____

**/s/ Matricia Chalmers** _____
**Matricia Chalmers**/**Manager**
Signer/Title

Alliance Funding Group
17542 17th Street, Suite 200
Tustin, CA 92780

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ally Financial
PO Box 380902
Bloomington, MN 55438

American Honda Finance
1235 Old Alpharetta Road
Suite 180
Alpharetta, GA 30005

Amur Equipment Finance
304 W 3rd St
Grand Island, NE 68801

Apex Commercial Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044

Audi Financial Services
11505 Alpharetta Hwy
Roswell, GA 30076

Bank of America
100 N Tryon St
Charlotte, NC 28202

Byzfunder NY LLC dba Byzfunder
530 7th Ave, Suite 505
New York, NY 10018

Capital On Tap
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308


Clair Chalmers
333 Lenox Road
Apt. 3E
Brooklyn, NY 11226


Extra Space Storage
1172 Auburn Rd
Dacula, GA 30019


Extra Space Storage
1461 Hudson Bridge Rd
Stockbridge, GA 30281


FC Marketplace, LLC
P.O. Box 1567
Smyrna, GA 30081


Forward Financing LLC
P.O. Box 767007
Roswell, GA 30076


Funding Circle
dba Marketplace LLC
707 17th Street, Suite 2200
Denver, CO 80202


Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345

```
Huntington National Bank
Attn: GW4W34
5555 Cleveland Avenue
Columbus, OH 43231



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Kirk Russell
2110 Del Morro Drive
Dacula, GA 30019



Matricia Chalmers
2110 Del Morro Drive
Dacula, GA 30019



Russell Transport Services Inc
365 Vicki Lane
Stockbridge, GA 30281



Small Business Fin. Solutions
4500 East West Hwy
6th Floor
Bethesda, MD 20814



U.S. Attorney
600 Richard B. Russell Buildin
75 Ted Turner Drive, SW
Atlanta, GA 30303



U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
```