IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| M&K ACTIVE TRANSPORT LLC, | : | CASE NO. 25-60477-BEM |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| | : | |
| _____ | : | |
| | : | |
| ALLY BANK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| M&K ACTIVE TRANSPORT LLC, | : | |
| Debtor and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

COMES NOW Ally Bank (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 11 Plan.  In support of its objection, the Movant shows the Court as follows:

1.

On 09/11/2025, M&K Active Transport LLC  ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1101 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $46,493.73 secured by a 2021 Dodge ProMaster (the "Collateral").

3.

The proposed Plan classifies Movant's claim as a Class 4D secured claim. Debtor's proposed Chapter 11 plan proposes to pay the claim of $46,493.73 at $13,897.00 at 8.75% and

estimated payments of $440.31 beginning on the 26th of the month following the Effective Date. The remaining balance of the Class 4D Secured Claim in the amount of $32,596.73 shall be treated as a Class 14 unsecured claim. Basically, Debtor is re-amortizing the current balance over a 5-year period at a crammed down secured value.

4.

Movant objects to the treatment of its claim in the proposed plan, as Movant's claim should be paid the full retail value. The retail value given for the Collateral as of September 11, 2025 was $27,075.00. After including the remaining $456.04 value of the GAP Insurance, value increases to $27,531.04. The plan must be amended to pay Movant the appropriate value, and evidence supporting any deductions must be provided in order for the value to reflect said deductions.

5.

A proposed lack of interest rate is not *Till* compliant. Debtor's proposed plan provides *no* risk factor at all in bad faith. The prime rate of interest was 7.50% the month this case was filed. Movant requests an interest rate of 11.50% in order to adequately protect Movant's interest in the Collateral. Accordingly, Movant cannot agree to the confirmation of a Chapter 11 that does not provide for an interest rate of at least 11.50%.

6.

Debtor has failed to provide any adequate protection payments to Movant with respect to Claim 4D, yet continues to depreciate the Collateral through use and over time. This is bad faith. If Movant is to be paid the full value with interest of 11.50%, then monthly payments must average $605.48 over the 60 month term to avoid a term problem. Movant should receive payments in the amount of $605.48 beginning with the next due date and continuing uninterrupted through confirmation until the claim is paid in full.

7.

The Plan is not proposed in good faith in contravention of 11 U.S.C. §1129(a)(3). There is not a reasonable likelihood that the Plan will achieve results consistent with the objectives and purposes of the Bankruptcy Code.

8.

Movant objects to release of its lien prior to completion of the Plan.

9.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 11 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This January 8, 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant


By:   /s/Andrew D. Gleason
   Andrew D. Gleason
   Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

# J.D. POWER

12/16/2025

| | J.D. POWER Used Cars/Trucks |
|---|---|

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2021 Dodge Commercial ProMaster 2500 159" W.B. High Roof |
| Region : | Southeastern |
| Period : | September, 2025 |
| VIN : | 3C6LRVDG3ME579156 |
| Mileage : | 127500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $20625.00 | $0 | 0 | $20625.00 |
| Average Trade-In | $22237.50 | $0 | 0 | $22237.50 |
| Clean Trade-In | $23850.00 | $0 | 0 | $23850.00 |
| | | | | |
| Clean Retail | $27075.00 | $0 | 0 | $27075.00 |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| M&K ACTIVE TRANSPORT LLC, | : | CASE NO. 25-60477-BEM |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| | : | |
| _____ | : | |
| | : | |
| ALLY BANK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| M&K ACTIVE TRANSPORT LLC, | : | |
| Debtor and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, I electronically filed the foregoing OBJECTION TO CONFIRMATION using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Thomas T, McClendon
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Todd Eugene Hennings
Chapter 11 Subchapter V Trustee
Macey, Wilensky & Hennings, LLP
5500 Interstate North Parkway
Suite 435
Sandy Springs, GA 30328

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

M&K Active Transport LLC
2110 Del Morro Drive
Dacula, GA 30019

Dated: January 8, 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant

By:   /s/Andrew D. Gleason
    Andrew D. Gleason
    Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com