**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **M&K ACTIVE TRANSPORT, LLC,** | **SUBCHAPTER V** |
| **Debtor.** | **CASE NO.  25-60477-BEM** |

### FIRST MODIFICATION TO PLAN OF REORGANIZATION

COMES NOW M&K Active Transport, LLC ("Debtor"), debtor and debtor in possession in the above-captioned case, and files this *First Modification to Plan of Reorganization* (the "Modification"). In support of the Modification, Debtor shows the Court as follows:

### BACKGROUND

1.      On September 11, 2025, Debtor filed a petition for relief under Subchapter V of Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

2.      Todd Hennings was appointed as Subchapter V Trustee.

3.      On December 10, 2025, Debtor filed its *Plan of Reorganization* (Doc. No. 46) (the "Plan").

### THE PLAN MODIFICATION AND LEGAL AUTHORITY

4.      In accordance with Section 1127(a) of the Bankruptcy Code, Debtor hereby modifies the Plan[1] as set forth herein. The changes do not materially or adversely affect the rights of any parties in interest which have not had notice and an opportunity to be heard with regard thereto.

5.       Class 7 of the Plan is hereby amended and restated as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Plan.

### 4.6 Class 6:  Secured Claim of TD Bank, N.A.

Class 6 consists of the secured claim of TD Bank, N.A. ("TD Bank"). Debtor scheduled TD Bank's claim under the name of Audi Financial at $33,880.64 secured by a lien on Debtor's 2018 Audi Q7 Vin ###46984 ("Audi"). TD Bank filed a Proof of Claim 15 on December 11, 2025 (the "Asserted Class 6 Secured Claim"). Debtor values the Audi at $13,450.00 (such amount or such other amount allowed by the Court prior to the entry of the Confirmation Order is referred to as the "Allowed Class 6 Secured Claim.").

The Allowed Class 6 Secured Claim of TD Bank shall continue and attach to the Audi to the same validity, and priority as existed on the Filing Date and to the extent of the Allowed Class 6 Secured Claim. The Total Asserted Class 6 Claim shall be bifurcated into (i) the Allowed Class 6 Secured Claim (i.e. $13,450.00) and (ii) a Class 14 General Unsecured Claim for the remaining balance of the Total Asserted Class 6 Claim (i.e. $18,856.41). Debtor will pay the Allowed Class 6 Secured Claim in 36 equal monthly payments of $426.14 beginning on the 26th day of the first month following the Effective Date and continuing on the 26th day each following month until the Allowed Class 6 Secured Claim is paid in full with interest accruing at the annual rate of 8.75%. Any payments received by TD Bank after the Petition Date but prior to the Effective Date on the Total Asserted 6 Claim shall be applied to the principal balance of the Allowed Class 6 Secured Claim. Any payment received by TD Bank on the Allowed Class 6 Secured Claim on or after the Effective Date, shall be applied first to accrued unpaid interest accruing post-petition on the Allowed Class 6 Secured Claim and then to the principal balance.

Upon receipt of payment in full of the Allowed Class 6 Claim, TD Bank shall release its lien on the Class 6 Collateral within 60 days of such receipt.

The holder of the Class 6 Allowed Secured Claim is impaired by the Plan and is entitled to vote.

6.      Except as expressly set forth in this Modification, all terms and provisions of the Plan remain in full force and effect.

Respectfully submitted this 23rd day of January, 2026.

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE, Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

**M&K ACTIVE TRANSPORT, LLC,**

      **Debtor.**

**CHAPTER 11
SUBCHAPTER V**

**CASE NO.  25-60477-BEM**

## CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing *First Modification to Plan of Reorganization* (the "Modification") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and accompanying link to the Modification to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Robert J. Fehse**   rfehse@evanspetree.com, sbruce@evanspetree.com
- **Andrew D. Gleason**   agleason@lrglaw.com
- **Todd Eugene Hennings**   thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com
- **Alan Hinderleider**   Alan.Hinderleider@usdoj.gov
- **David S. Weidenbaum**   david.s.weidenbaum@usdoj.gov

I further certify that on the date specified herein below I caused to be served a copy of the foregoing document via United States first class mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery upon the parties listed below:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

This 23rd day of January, 2026.

      **JONES & WALDEN LLC**

      */s/ Thomas T. McClendon*
      Thomas T. McClendon
      Georgia Bar No. 431452
      699 Piedmont Avenue NE
      Atlanta, Georgia 30308
      (404) 564-9300
      tmcclendon@joneswalden.com
      Attorney for Debtor