## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In   Debtor(s)
Re:   **M&K Active Transport LLC**
2110 Del Morro Drive
Dacula, GA 30019

Case No.: **25–60477–bem**
Chapter:  **11**
Judge:  **Barbara Ellis–Monro**

**84–4216802**

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above–named Debtor(s) was entered on   **February 10, 2026** .

_Vania S. Allen_

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  February 10, 2026

Form 11c