## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Debtor(s)
Re: **M&K Active Transport LLC**
2110 Del Morro Drive
Dacula, GA 30019

Case No.: **25−60477−bem**
Chapter: **11**
Judge: **Barbara Ellis−Monro**

**84−4216802**

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above−named Debtor(s) was entered on **February 10, 2026** .

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  February 10, 2026

Form 11c

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                     Case No. 25-60477-bem

M&K Active Transport LLC                                                                    Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                         User: bncadmin                                Page 1 of 3

Date Rcvd: Feb 10, 2026                      Form ID: 11c                                   Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | M&K Active Transport LLC, 2110 Del Morro Drive, Dacula, GA 30019-3343 |
| smg | | Secretary of the Treasury, 15th & Pennsylvania Avenue, NW, Washington, DC 20200 |
| 25464848 | + | Audi Financial Services, 11505 Alpharetta Hwy, Roswell, GA 30076-3804 |
| 25583445 | + | Byzfunder NY LLC dba Byzfunder, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 25464851 | + | Capital On Tap, 33 Irving Place, Suite 3009, New york, NY 10003-2332 |
| 25512368 | + | Clair Chalmers, 333 Lenox Road, Apt. 3E, Brooklyn, NY 11226-2991 |
| 25512370 | + | Extra Space Storage, 1172 Auburn Rd, Dacula, GA 30019-1206 |
| 25512369 | + | Extra Space Storage, 1461 Hudson Bridge Rd, Stockbridge, GA 30281-5017 |
| 25464852 | + | FC Marketplace, LLC, P.O. Box 1567, Smyrna, GA 30081-1567 |
| 25464853 | + | Forward Financing LLC, P.O. Box 767007, Roswell, GA 30076-7007 |
| 25464858 | + | Kirk Russell, 2110 Del Morro Drive, Dacula, GA 30019-3343 |
| 25464859 | + | Matricia Chalmers, 2110 Del Morro Drive, Dacula, GA 30019-3343 |
| 25464860 | + | Russell Transport Services Inc, 365 Vicki Lane, Stockbridge, GA 30281-2279 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: atlreorg@sec.gov | Feb 10 2026 20:27:00 | U. S. Securities and Exchange Commission, Office of Reorganization, Suite 900, 950 East Paces Ferry Road, NE, Atlanta, GA 30326-1382 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 10 2026 20:27:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 20:34:14 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncnoticing@evanspetree.com | Feb 10 2026 20:26:00 | TD Bank, N.A., successor in interest to TD Auto Fi, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 25519640 | | Email/Text: bankruptcy@afg.com | Feb 10 2026 20:26:00 | Alliance Funding Group, 18231 Irvine Blvd, Tustin, CA 92780 |
| 25464842 | | Email/Text: bankruptcy@afg.com | Feb 10 2026 20:26:00 | Alliance Funding Group, 17542 17th Street, Suite 200, Tustin, CA 92780 |
| 25464845 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2026 20:28:00 | American Honda Finance, 1235 Old Alpharetta Road, Suite 180, Alpharetta, GA 30005 |
| 25480455 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2026 20:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 25471013 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 20:34:25 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25464843 | + | Email/Text: ally@ebn.phinsolutions.com | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: 11c | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 10 2026 20:26:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 25464844 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2026 20:26:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 25464846 | + | Email/Text: bankruptcy@amuref.com | Feb 10 2026 20:28:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 25464847 | + | Email/Text: jkirchner@firstleaseonline.com | Feb 10 2026 20:27:00 | Apex Commercial Capital, 1 Walnut Grove Drive, Suite 300, Horsham, PA 19044-2201 |
| 25573835 | | Email/Text: EBN@brockandscott.com | Feb 10 2026 20:26:00 | Brock & Scott, PLLC, 4919 Memorial Hwy., Suite 135, Tampa, FL 33634 |
| 25464850 | | Email/Text: info@byzfunder.com | Feb 10 2026 20:27:00 | Byzfunder NY LLC dba Byzfunder, 530 7th Ave, Suite 505, New York, NY 10018 |
| 25464849 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 10 2026 20:27:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 25501278 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2026 20:34:39 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 25464854 | | Email/Text: bryarly.ridgdill@ibusinessfunding.com | Feb 10 2026 20:27:00 | Funding Circle, dba Marketplace LLC, 707 17th Street, Suite 2200, Denver, CO 80202 |
| 25464855 | | Email/Text: brnotices@dor.ga.gov | Feb 10 2026 20:27:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Pkwy NE, Ste 339, Atlanta, GA 30345 |
| 25464856 | + | Email/Text: bankruptcy@huntington.com | Feb 10 2026 20:27:00 | Huntington National Bank, Attn: GW4W34, 5555 Cleveland Avenue, Columbus, OH 43231-4106 |
| 25464857 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2026 20:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25464861 | + | Email/Text: collections@rapidadvance.com | Feb 10 2026 20:28:00 | Small Business Fin. Solutions, 4500 East West Hwy, 6th Floor, Bethesda, MD 20814-3327 |
| 25616891 | + | Email/Text: jaxbanko@td.com | Feb 10 2026 20:25:00 | TD Bank, N.A, Robert J. Fehse, Esq., Evans Petree PC, Suite 800, 1715 Aaron Brenner Drive, Memphis, TN 38120-1445 |
| 25617659 | | Email/Text: jaxbanko@td.com | Feb 10 2026 20:25:00 | TD Bank, N.A, PO Box 16041, Lewiston, ME 04243-9523 |
| 25464862 | + | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 10 2026 20:27:00 | U.S. Attorney, 600 Richard B. Russell Buildin, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25464863 | ^ | MEBN | Feb 10 2026 20:23:14 | U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0009 |
| 25464866 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 10 2026 20:27:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 113E-9                     User: bncadmin                          Page 3 of 3
Date Rcvd: Feb 10, 2026                  Form ID: 11c                            Total Noticed: 40

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Andrew D. Gleason | on behalf of Creditor Ally Bank agleason@lrglaw.com |
| David S. Weidenbaum | on behalf of U.S. Trustee United States Trustee david.s.weidenbaum@usdoj.gov |
| Robert J. Fehse | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC rfehse@evanspetree.com, stanceyd@evanspetree.com |
| Thomas T. McClendon | on behalf of Debtor M&K Active Transport LLC tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Todd Eugene Hennings | on behalf of Trustee Todd Eugene Hennings thennings@maceywilensky.com cteh11@trustesolutions.net;hcrowder@maceywilensky.com |
| Todd Eugene Hennings | thennings@maceywilensky.com  cteh11@trustesolutions.net;hcrowder@maceywilensky.com |
| William Mitchell Gooding | on behalf of Debtor M&K Active Transport LLC wgooding@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |

TOTAL: 8